RECEIVED

NOV 23 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IBRAHIM ABDIRAAHMAN GURE (#A206 237 687) | DOCKET NO. 15-cv-2440; SEC. P |
| VERSUS | JUDGE DRELL |
| LORETTA LYNCH, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition pursuant to 28 U.S.C. §2241 is hereby dismissed without prejudice.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 20 day of November, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT